NO. 07-04-0391-CV



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL C



NOVEMBER 16, 2004



______________________________




JEFFREY ALAN HARRIS AND PILGRIM'S PRIDE, INC., 


D/B/A PILGRIM'S PRIDE CORPORATION, APPELLANT



V.



VELMA JEAN BAILEY, INDIVIDUALLY AND AS NEXT


FRIEND OF JOSH CAMERON BAILEY, A MINOR, APPELLEE




_________________________________



FROM THE 123RD DISTRICT COURT OF SHELBY COUNTY;



NO. 01-CV-27173; HONORABLE GUY W. GRIFFIN, JUDGE



_______________________________



Before JOHNSON, C.J., and QUINN and REAVIS, JJ.

MEMORANDUM OPINION


 On November 8, 2004, the parties filed a Joint Motion to Dismiss pursuant to Tex.
R. App. P. 42.1(a)(2)(A) based on an agreement resolving the underlying dispute. 

 Accordingly, without passing on the merits of the case, the parties' Joint Motion to
Dismiss is granted and the appeal is hereby dismissed. Rule 42.1(a). 

 All costs are assessed to appellant. Having dismissed the appeal at the parties'
request, no motion for rehearing will be entertained, and our mandate will issue forthwith. 


 Phil Johnson

 Chief Justice


 



ely
and all deadlines for its filing have expired. See Tex. R. App. P. 26.1. 

 Accordingly, we dismiss this purported appeal for want of jurisdiction. 

 Don H. Reavis

 Justice

 
1. Although Dotsey filed her purported notice of appeal in this Court, it is deemed filed
with the trial court clerk on the same day. Tex. R. App. P. 25.1(a).